UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TYRONE METCALFE,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>  Defendant. | CASE NO. EDCV 07-1039 AGR<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: September 29, 2008

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE